UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

CIVIL ACTION NO. 04-288-JBC

LINDA S. SCHOOLER, PLAINTIFF,

V.   **OPINION AND ORDER**

JO ANNE BARNHART, COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION, DEFENDANT.

\* \* \* \* \* \* \* \* \* \*

This matter is before the court upon the Report and Recommendation of United States Magistrate Judge James B. Todd (DE 12). The parties have not filed objections to the Magistrate Judge's recommendation. When parties to an action do not object to the Magistrate Judge's report, the district court judge may give deference to the Report and Recommendation. *Thomas v. Arn*, 474 U.S. 140 (1985). After reviewing the record, the court concurs with the result recommended by the magistrate judge. Accordingly,

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED** as the opinion of the court and the defendant's motion for summary judgment (DE 10) is **GRANTED**.

**IT IS FURTHER ORDERED** that the plaintiff's motion for summary judgment or judgment on the pleadings (DE 9) is **DENIED**.

Signed on May 3, 2005

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY